Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  ALMA HERNANDEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | | |
|---|---|---|
| ALMA HERNANDEZ, | ) | 1: 09cv2251 DLB |
| Plaintiff, | ) ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant | ) ) | |

    Plaintiff Alma Hernandez ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to October 4, 2010; and that Defendant shall have until November 5, 2010, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due November 15, 2010.

-1-

An extension of time was needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: August 18, 2010          Respectfully submitted,

                                     LAW OFFICES OF LAWRENCE D. ROHLFING

                                     /s/ *Steven G. Rosales*
                       BY: _____
                                     Steven G. Rosales
                                     Attorney for plaintiff ALMA HERNANDEZ

DATED:  August 18, 2010          BENJAMIN WAGNER
                                     United States Attorney

                                     */S/- Daniel Talbert*

                                     _____
                                     Daniel Talbert
                                     Special Assistant United States Attorney
                                     Attorney for Defendant
                                     [*Via email authorization]

IT IS SO ORDERED.

DATE: August 20, 2010

                                            /s/ Dennis L. Beck
                                   THE HONORABLE DENNIS L BECK
                                   UNITED STATES MAGISTRATE JUDGE